Brian C. Brook (NJ Bar No. 050442013)
Brook & Associates, PLLC
100 Church St., Fl. 8
New York, NY 10007
(212) 256-1957
brian@brook-law.com
*Attorney Pro Se and for Defendants Brook*
*& Associates, PLLC and Clinton Brook & Peed*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC INSELBERG AND INSELBERG INTERACTIVE, LLC<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN C. BROOK, ESQ.; TIMOTHY R. CLINTON, ESQ.; CLINTON BROOK & PEED; BROOK & ASSOCIATES, PLLC; CLINTON & PEED; and JOHN DOES, ESQS., 1-10 and JANE DOES, ESQS., 1-10 (a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities), jointly, severally and in the alternative,<br><br>    Defendants. | Case No. _____ |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Defendants' Notice of Removal to be served upon the following counsel of record by U.S. Mail, postage prepaid, on August 19, 2020:

    Kenneth S. Thyne, Esq.
    Roper & Thyne, LLC
    77 Jefferson Pl.
    Totowa, NJ 07512
    *Attorney for Plaintiffs*

                                                                        */s/ Brian C. Brook*
                                                                        Brian C. Brook (NJ 050442013)

 Brook & Associates, PLLC
100 Church St., Fl. 8
P.O. Box 5084
New York, NY 10007
(212) 256-1957
brian@brook-law.com
*Attorney Pro Se and for Defendants Brook & Associates, PLLC and Clinton Brook & Peed*