**KUBLANOVSKY LAW LLC**
**BY: EUGENE D. KUBLANOVSKY, ESQ.**
**NJ BAR NO.: 029992005**
**26 PARK STREET, SUITE 2178**
**MONTCLAIR, NJ  07042**
**(212) 729-4707**
**EUGENE@EDKLAW.COM**

*Attorney for Defendants Clinton & Peed PLLC*
*and Timothy R. Clinton*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC INSELBERG, et al., *Plaintiffs*, v. BRIAN C. BROOK, et al., *Defendants*. | Case No. 2:20-cv-10789-CCC-MF **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Eugene D. Kublanovsky, Esq. of the law firm of Kublanovsky Law, LLC, enters an appearance in this matter as counsel to Defendants Clinton & Peed PLLC and Timothy R. Clinton, Esq. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him.  Mr. Kublanovsky is duly admitted to practice before this Court.

Dated: August 26, 2020

                                              KUBLANOVSKY LAW LLC

By: _____
      Eugene D. Kublanovsky, Esq. (EK 4405)
      NJ Bar No.: 029992005
      26 Park Street, Suite 2178
      Montclair, NJ  07042

Tel: (212) 729-4707
E-mail: eugene@edklaw.com

*Counsel for Defendants Clinton & Peed PLLC and Timothy R. Clinton*