Brian C. Brook (NJ Bar No. 050442013)
Brook & Associates, PLLC
100 Church St., Fl. 8
New York, NY 10007
(212) 256-1957
brian@brook-law.com
*Attorney Pro Se and for Defendants Brook
& Associates, PLLC and Clinton Brook &
Peed*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC INSELBERG AND INSELBERG INTERACTIVE, LLC<br><br>   Plaintiff,<br><br>v.<br><br>BRIAN C. BROOK, ESQ.; TIMOTHY R. CLINTON, ESQ.; CLINTON BROOK & PEED; BROOK & ASSOCIATES, PLLC;  CLINTON & PEED; and JOHN DOES, ESQS., 1-10 and JANE DOES, ESQS., 1-10 (a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities), jointly, severally and in the alternative,<br><br>   Defendants. | Case No. 20-10789 |

### NOTICE OF MOTION TO DISMISS

TO:  ALL COUNSEL

PLEASE TAKE NOTICE that Defendants Brian C. Brook, Brook & Associates, PLLC, and Clinton Brook & Peed, will apply to the United States District Court, District Court of New Jersey, for an Order to dismiss the Plaintiffs' Amended Complaint for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

I certify that the original of the within Motion has been electronically filed with the Clerk of Court and served upon all respective counsel herein.

A proposed form of Order is attached.

ORAL ARGUMENT IS RESPECTFULLY REQUESTED.

*/s/ Brian C. Brook*
Brian C. Brook (NJ 050442013)
Brook & Associates, PLLC
100 Church St., Fl. 8
P.O. Box 5084
New York, NY 10007
(212) 256-1957
brian@brook-law.com

*Attorney Pro Se and for Defendants Brook & Associates, PLLC and Clinton Brook & Peed*

Date:  September 9, 2020