# Exhibit B

## CLINTON BROOK & PEED
—— NEW YORK | WASHINGTON DC ——

TIMOTHY R. CLINTON
TIM@CLINTONBROOK.COM

1455 PENNSYLVANIA AVE. NW
SUITE 400
WASHINGTON, DC 20004
TEL: (202) 621-1828
FAX: (202) 204-6320

### CONFIDENTIAL

May 23, 2018

Eric Inselberg
Inselberg Interactive, LLC
P.O. Box 833
Short Hills, NJ
einselberg@gmail.com

Michael Jakab
54 Sycamore Avenue
Floral Park, NY 11001
mjjakab@yahoo.com

Michael S. Kasanoff
mkasanoff@att.net

Sr. Chief Petty Officer Sean Godown
905 Stanhope Gardens
Chesapeake, VA 23320
godownsp@yahoo.com

### FINAL ACCOUNTING

#### <u>Inselberg, et al. v. New York Football Giants, Inc., et al.</u>
#### New Jersey Superior Court Docket No. BER-L-00975-14

We are pleased that each of you has agreed to a global settlement with the
Defendants in the above-captioned case, and that we are all in agreement as to the
fees and expenses due and owing under our respective engagements. This Final
Accounting is to document the amounts to be disbursed, and to acknowledge that,
once all fees are disbursed, we shall have no further attorney-client relationship
with you in connection with the above-captioned matter. (CBP and Kasanoff
continue to represent Mr. Inselberg as co-counsel in a separate matter under a
separate engagement.)

In addition, we remind you of your obligation to comply with the terms of the
settlement agreement, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮. In the event a dispute shall arise regarding allegations
that you may have breached any of those obligations, you recognize that our firm
shall have no obligation to defend you, and any representation in such a matter will
require a separate engagement.

May 23, 2018
Page 2 of 4

CLINTON BROOK & PEED



## STATEMENT

███████:

### Eric Inselberg[1]:

Reimbursement of Expenses Paid by Eric Inselberg
Inselberg █████████

Less Temporary Retainer for unbilled expenses

*Eric Inselberg:*

### Sean Godown:

Godown █████████

*Sean Godown:*

### Michael Jakab:

Jakab █████████

*Michael Jakab:*

### Clinton Brook & Peed:

Reimbursement of Expenses
Attorneys' Fees (Jakab/Godown)
Attorneys' Fees[4]

*Clinton Brook & Peed:*

### Michael S. Kasanoff:

Attorneys' Fees

*Michael S. Kasanoff:*

**Balance in Retainer after Disbursements:**

---

[1] CB&P will wire this money to the attorney trust account of Michael S. Kasanoff for the benefit of Mr. Inselberg. ████ will remain in Clinton Brook & Peed retainer to cover unbilled expenses, and any unused amount will be returned to Mr. Inselberg

[2] This amount includes expenses advanced by CB&P that Inselberg has reimbursed to CB&P, as well as a rough estimate provided by Inselberg of other expenses he personally incurred. As to the latter estimate, Inselberg represents that they were reasonable and necessary to the litigation. CB&P makes no warranty, express or implied regarding the same; the firm agreed to pay this amount to Inselberg as part of a global resolution relating to fees.

[3] CB&P has already sent a reimbursement check to Godown for airfare.

[4] ████ minus ████ for the benefit of Jakab and Godown, minus expenses of ████ = ████ CBP fee = (35% * 78%) * ████ Kasanoff Fee = (30% * 22%) ████ The remainder goes to Inselberg.

May 23, 2018
Page 3 of 4

CLINTON BROOK & PEED

By signing this, you acknowledge that (a) we have advised each of you about retaining independent counsel to review the split of ▮▮▮▮▮▮, and that for Messrs. Godown and Jakab, we have offered to pay the reasonable cost of doing so, and (b) you agree with the disposition of funds described in this document. You also represent and warrant that, with the exception of the engagement related to the Bisignano matter, there are no other agreements, promises, payments, or side deals between or among the parties to this document that relate in any way to the above-captioned matter.

With the exception of the ▮▮▮▮ maintained in retainer for unbilled expenses (the remainder of which will be returned to the benefit of Eric Inselberg), this will further acknowledge that our firm has successfully ended the representation of each of you with respect to the above-captioned matter. No engagement subject to a separate engagement agreement will be affected by your signature below. We are grateful for the opportunity to serve as your counsel, and we hope you will stay in touch.

Sincerely,

Timothy R. Clinton

Acknowledged and agreed:

**SEAN GODOWN**

Signature: _____
Sean Godown (May 24, 2018)

**Email:** godownsp@yahoo.com

**MICHAEL JAKAB**

Signature: _____
Michael j jakab (May 23, 2018)

**Email:** mjjakab@yahoo.com

**ERIC INSELBERG**

Signature: _____
Eric inselberg (May 23, 2018)

**Email:** einselberg@gmail.com

**INSELBERG INTERACTIVE, LLC**

Signature: _____
Eric inselberg (May 23, 2018)

**Email:** einselberg@gmail.com

By: Eric Inselberg

May 23, 2018
Page 4 of 4

CLINTON BROOK & PEED

**MICHAEL S. KASANOFF**

**Signature:** *Michael S. Kasanoff*
Michael S. Kasanoff (May 23, 2018)

**Email:** mkasanoff@att.net