# Exhibit E

**FILED**

**OCT 27 2017**

Kevin H. Marino
John A. Boyle
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
(973) 824-9300

OF COUNSEL:
Michael B. Carlinsky   JOSEPH V. ISABELLA, J.S.C.
R. Corey Worcester
Matthew A. Traupman
(admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue
New York, NY 10010
(212) 849-7000

*Attorneys for Defendant Frank Bisignano and Defendant-Counterclaimant First Data Corporation*

| | |
|---|---|
| ERIC INSELBERG and INSELBERG INTERACTIVE, LLC,<br><br>Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>FRANK BISIGNANO,<br>Defendant,<br>and FIRST DATA CORPORATION,<br>Defendant-Counterclaimant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO. HUD-L-04954-15<br><br>Civil Action<br><br>**FINAL ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

THIS MATTER having come before the Court on the application of Defendants-Counterclaimants, Frank Bisignano ("Bisignano") and First Data Corporation, through their attorneys, Quinn Emanuel Urquhart & Sullivan, LLP (R. Corey Worcester, Esq. and Julia Beskin, Esq, appearing) and Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq. and John A. Boyle, Esq., appearing), for entry of an Order dismissing with prejudice all claims of Plaintiffs-Counterclaim Defendants, Eric Inselberg ("Inselberg") and Inselberg Interactive, LLC ("Interactive"), and all counterclaims of Defendants; and

WHEREAS, in an Order dated January 23, 2017, a copy of which is annexed to this Order as Exhibit A, the Honorable Joseph V. Isabella, J.S.C. held that (a) a January 2013 agreement (the "Assignment Agreement") pursuant to which Plaintiffs assigned to Bisignano

certain patents (the "Patents") in partial satisfaction of a $500,000 loan from Bisignano to Interactive (the "Loan"), plus interest, effectuated a valid strict partial foreclosure under N.J.S.A. 12A:9-620 (the "Strict Foreclosure Ruling"); and (b) discovery was needed to ascertain the value of the Patents (and hence to determine whether or to what extent the Loan had been repaid); and

WHEREAS, Defendants have agreed, solely for purposes of the Application, (a) that the Patents have a value of at least $557,733.56 (the amount of the Loan plus interest); (b) to return to Plaintiffs the sports memorabilia they posted as additional collateral for the Loan; and (c) to dismiss with prejudice all counterclaims asserted against Plaintiffs in this Action; and

WHEREAS, Plaintiffs wish to retain all rights to appeal from the Order dated January 23, 2017, and thus consent to the form but not the entry of this Order;

IT IS on this 27 day of Oct, 2017, **ORDERED** that:

(1) All claims asserted by any party in this Action, including all of Plaintiffs' claims and all of Defendants' counterclaims, be and hereby are dismissed in their entirety with prejudice and without costs; and

(2) This Action is dismissed in its entirety with prejudice and without costs; and

(3) This Order constitutes a final appealable judgment for purposes of R. 2:2-3(a)(1).

HONORABLE JOSEPH V. ISABELLA, J.S.C.

2