Brian C. Brook (NJ Bar No. 050442013)
Brook & Associates, PLLC
100 Church St., Fl. 8
New York, NY 10007
(212) 256-1957
brian@brook-law.com
*Attorney Pro Se and for Defendants Brook & Associates, PLLC and Clinton Brook & Peed*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC INSELBERG AND INSELBERG INTERACTIVE, LLC )<br>)<br>)<br>  Plaintiff,    )<br>)<br>v.    )<br>)<br>BRIAN C. BROOK, ESQ.; TIMOTHY R. )<br>CLINTON, ESQ.; CLINTON BROOK & PEED; )<br>BROOK & ASSOCIATES, PLLC; CLINTON & )<br>PEED; and JOHN DOES, ESQS., 1-10 and JANE )<br>DOES, ESQS., 1-10 (a fictitious designation for )<br>presently unknown licensed attorneys, )<br>professionals and/or unknown persons or entities), )<br>jointly, severally and in the alternative, )<br>)<br>  Defendants. | Case No. 20-10789 |

**ORDER DISMISSING COMPLAINT**

This matter having been brought before the Court on the application of Defendants Brian C. Brook, Brook & Associates, PLLC, and Clinton Brook & Peed, and the Court having duly considered the moving papers submitted in support of their application, and opposition filed thereto, and finding merit in said application, and for other good cause appearing;

IT IS on this       day of           , 2020

ORDERED that the Amended Complaint is hereby dismissed for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

A copy of the within Order shall be sent to all counsel within _____ days of the date hereof.

                                                                                                                          _____

                                                                                                                                   J.S.C.

___ MOTION OPPOSED

___ MOTION UNOPPOSED