

Eugene D. Kublanovsky, Esq.
eugene@edklaw.com

June 21, 2021

*Via ECF*

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

    Re: *Eric Inselberg, et al. v. Brian C. Brook, Esq., et al.*
      Case No. 2:20-cv-10789-CCC-MF

Dear Judge Cecchi:

  We represent Defendants Clinton & Peed PLLC and Timothy R. Clinton in the above-referenced matter. Defendants' responses to Plaintiffs' Amended Complaint are due Wednesday, June 23, 2021. On behalf of all Defendants, we respectfully request an extension of one week, until June 30, 2021, to file our responses. Plaintiffs consent to this extension. Defendants have not previously applied to Your Honor for an extension, although we have previously received a two-week extension from the Clerk of the Court pursuant Local Rule 6.1(b).

  We thank the Court for its assistance in this matter and remain available to discuss any of the above at the Court's convenience.

            Respectfully submitted,

            Eugene D. Kublanovsky

cc: All Counsel of Record

**New York**
10 East 39th Street
12th Floor
New York, NY 10016

212.729.4707
www.edklaw.com

**New Jersey**
26 Park Street
Suite 2178
Montclair, NJ 07042